LEOPOLD ABRAHAMS and others *vs.* TIMOTHY J. SHEEHAN.

January 7, 1881.

**Statement of Case—Allowance and Signing.**—A statement of the case on which to move for a new trial, or to appeal, must be allowed and signed by the judge or referee. The stipulation of the parties will not dispense with such allowance and signature.

Appeal by defendants from a judgment of the district court for Freeborn county. The stipulation mentioned in the opinion is as follows:

26

[Title of Cause]    "It is stipulated between the attorneys of the respective parties to the above-entitled cause that the foregoing case and exceptions may be considered as the settled case and exceptions in the same, on which the appeal therein may be heard in the supreme court: plaintiffs to have until the 1st day of August, 1880, to compare the testimony herein with reporter's original notes, and to make corrections if the same do not correspond.

"Dated July 20, 1880.

      [Signed]                "JAMES N. GRANGER and

                          "JOHN WHYTOCK,

                "Attorneys for Defendants and Appellants.

                    "LOVELY & MORGAN,

        "Attorneys for Plaintiffs and Respondents."

*James N. Granger* and *John Whytock*, for appellants.

*Lovely & Morgan*, for respondents.

GILFILLAN, C. J.    In this case the "statement of the case," though stipulated by the attorneys for the respective parties, was not allowed and signed by the judge.    The objection is made here by the respondents that no exceptions appearing only on the statement can be considered here, because it is not signed by the judge.    The point is well taken.    The statute expressly provides for allowance and signature by the judge, (Gen. St. 1878, c. 66, § 255,) and we do not think it can be dispensed with.    *Leonard* v. *Warriner*, 20 Wis. 41.

Judgment affirmed.